UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Docket No.: 13-MJ-02162 |
| | ) | |
| ROBEL PHILLIPOS | ) | |

### DEFENDANT'S MOTION TO FILE THE ACCOMPANYING DOCUMENT UNDER SEAL

The Defendant, Robel Phillipos, through his undersigned counsel, respectfully requests that this Court enter an order sealing the accompanying document.

As grounds for this motion, the Court has already impounded information contained in this document.

WHEREFORE, the Defendant prays the Court to allow the Motion to File Under Seal and order the accompanying document to remain impounded until further order of the Court.

Respectfully submitted
Robel Phillipos
By his attorneys,

/s/ Derege Demissie

DEREGE B. DEMISSIE
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
Ph: (617) 354-3944
Fax: (617) 354-0985

Dated: May 8, 2013

*[Handwritten margin note: May 9, 2013. Allowed. Marianne B. Bowler, USMJ]*

## CERTIFICATE OF SERVICE

I, Derege Demissie, hereby certify that on this day I have served a copy of the Defendant's Motion to File Under Seal upon the United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02110, via first-class mail on this date of May 8, 2013.

/s/ Derege Demissie
_____
DEREGE B. DEMISSIE
DEMISSIE & CHURCH
929 Massachusetts Avenue, Suite 101
Cambridge, MA 02139
Ph: (617) 354-3944
Fax: (617) 354-0985